**Order entered September 6, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00768-CV

### NOBLE ANESTHESIA PARTNERS, PLLC, Appellant

### V.

### U.S. ANESTHESIA PARTNERS, INC., ET AL., Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-09602**

## ORDER

Before the Court is appellant's September 4, 2018 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **October 8, 2018**. We caution appellant that further requests for extension in this accelerated appeal will be disfavored.

/s/    ADA BROWN
        JUSTICE